IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.7:16-CV-399-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | STAYING CASE PENDING |
| | ) | RESOLUTION OF CRIMINAL |
| $77,972.32 IN U.S. CURRENCY, | ) | CHARGES |
| | ) | |
| Defendant. | ) | |

The undersigned has considered Claimant's Motion to Stay the above captioned case, under 21 U.S.C. Section 881 and 18 U.S.C. Section 981(g)2, and finds that the moving Claimant has standing to make the claim and answer, that there are related criminal cases pending and continuing with the above captioned action, and particularly with discovery with the above captioned action, may interfere with the Claimant's right against self-incrimination.

**It is now therefore Ordered, Adjudged and Decreed** that the above captioned civil action and discovery therein is stayed, pending resolution of all related criminal charges.

SO ORDERED this the 28th day of February, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge