IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-399-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $77,972.32 IN U. S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

CONSENT ORDER

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court the following:

1. They have settled the litigation in this matter.

2. The parties' settlement is neither a concession by the United States that the defendant currency is not subject to forfeiture nor an admission of wrongdoing by the Claimant. Rather, the parties' settlement is merely a compromise to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the Government's claims relating to forfeiture of the defendant currency.

It is, therefore,

1

ORDERED that Claimant shall forfeit to the United States of America $10,000.00 of the subject currency seized, to be disposed of by the United States Department of Justice according to law.

IT IS FURTHER ORDERED that the United States shall return to the Claimant $67,972.32 of the subject currency seized, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Both the Claimant Paul Chester Fisher, III and the United States Attorney for the Eastern District of North Carolina represent to the Court by and through their undersigned agents' signatures below, that they know of no such debt. Payment to be made payable to Claimant via electronic funds transfer by the U.S. Marshal's Service according to the information provided by Claimant on the executed UFMS Vendor Request Form.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees, costs and expenses in this litigation.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 4th day of September, 2018.

LOUISE W. FLANAGAN
United States District Judge

Consented to by:

8-29-18

STEPHEN A. WEST
Attorney for United States of America

_____  8-29-2018
JOHN F. GREEN, II
Attorney for Paul Chester Fisher, II